# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JOSEPH WHELAN, | ) **Case Action No.:** |
| | ) 8:15-cv-345 CJC (JCGx) |
| Plaintiff, | ) |
| | ) |
| vs. | ) **ORDER RE: STIPULATION TO** |
| | ) **CONTINUE SCHEDULING** |
| EXPERIAN INFORMATION SOLUTIONS, INC. | ) **CONFERENCE TO MAY 18, 2015** |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |

## ORDER

Having reviewed the stipulation submitted by Plaintiff and Defendant in this action, and finding that good cause exists for continuing the Scheduling Conference, it is hereby ordered:

The Scheduling Conference of May 4, 2014, is continued to May 18, 2015 at 10:30 a.m.

Dated: April 21, 2015

Hon. Cormac J. Carney
United States District Judge

1

ORDER RE CONTINUANCE OF SCHEDULING CONFERENCE